UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY, Individually,

    Plaintiff,

v.

Case No. 2:18-cv-03555-PD

CONFERENCE FACILITIES, INC. d/b/a
Chubb Hotel & Conference Center, a
Pennsylvania Corporation,

    Defendant.

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, hereby move this court to dismiss the instant action with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970).

By: /s/
Daniel A. Pallen, Esquire.
**THOMAS B. BACON, P.A.**
114. W. Front Street
Media, PA 19063
Tel: (484) 550-7542
Fax: (484) 550-7532

*Attorney for Plaintiff*

By: /s/
Tiffany A. Jenca, Esquire
**COZEN O'CONNOR**
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
Tel: (412) 620-6503

*Attorney for Defendant*